IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JASON GALLOWAY, *Individually and on behalf of others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>MARATHON FINANCIAL INSURANCE COMPANY, INC.,<br><br>Defendant. | Case No. 19-cv-264 JPG/RJD |

## ORDER

This undersigned judge hereby **TRANSFERS** this case to the Clerk of the Court for reassignment. Through random draw, the Clerk of Court has reassigned this matter to United States District Judge Nancy J. Rosenstengel. All future pleadings shall bear Case No. 19-cv-264 NJR/RJD.

**IT IS SO ORDERED.**
**DATED: March 6, 2019**

                                              *s/ J. Phil Gilbert*
                                              **J. PHIL GILBERT**
                                              **U.S. DISTRICT JUDGE**