# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JASON GALLOWAY, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>MARATHON FINANCIAL INSURANCE COMPANY, INC.<br><br>*Defendant.* | Case No. 3:19-cv-00264-NJR-RJD |

## STIPULATION OF DISMISSAL

Plaintiff Jason Galloway ("Plaintiff" or "Galloway") and Defendant Marathon Financial Insurance Company, Inc. ("Defendant" or "Marathon"), through their counsel, stipulate as follows:

1. Plaintiff filed this putative class action against Defendant.

2. Fed. R. Civ. P. 41(a)(1)(A)(ii) allows the parties to stipulate to the dismissal of an action at any time. Rule 23(e) does not limit the right to stipulate to dismissal of this action because it only applies to certified classes, and no class has been certified in this matter. Likewise, the case does not involve any Receiver so as to implicate Rule 66.

Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant agree that the action shall be dismissed in its entirety and without prejudice with respect to the claims alleged by Plaintiff against Defendant.

Plaintiff and Defendant further agree that each party is to bear his or its own attorney's fees and costs.

s/ Patrick H. Peluso
Steven L. Woodrow
swoodrow@woodrowpeluso.com
Patrick H. Peluso
ppeluso@woodrowpeluso.com
Woodrow & Peluso LLC
3900 East Mexico Ave., Ste. 300
Denver, Colorado 80210
Tel: 720-213-0675

Joel S. Halvorsen
Halvorsen Klote
680 Craig Rd., Suite 104
St. Louis, MO 63141
314-451-1314
Fax: 314-787-4323
Email: joel@hklawstl.com

*Attorneys for Plaintiff*

s/ Jeffrey H. Kass
Jeffrey H. Kass
Lewis Brisbois Bisgaard & Smith LLP
1700 Lincoln Street
Suite 4000
Denver, CO 80203
720-292-2026
Fax: 303-861-7767
Email: Jeffrey.Kass@lewisbrisbois.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

  I certify that on May 8, 2019, I filed this document with the Clerk of Court using CM/ECF, which will serve this document on all counsel of record.

            s/ Patrick H. Peluso