IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JASON GALLOWAY, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) ) Case No. 19-CV-264-NJR-RJD |
| MARATHON FINANCIAL INSURANCE COMPANY, INC., | ) ) ) ) ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** pursuant to the Stipulation of Dismissal filed on May 8, 2019 (Doc. 12), and the Order entered on May 20, 2019 (Doc. 14), Defendant Marathon Financial Insurance Company, Inc. is dismissed without prejudice from this action, each party to bear their own costs, unless otherwise provided in the settlement documents.

DATED:  May 20, 2019

                                          MARGARET M. ROBERTIE,
                                        Clerk of Court

                                        By:   s/ Deana Brinkley
                                                Deputy Clerk

APPROVED:   s/ *Nancy J. Rosenstengel*
                    NANCY J. ROSENSTENGEL
                    United States District Judge